## 22621. COLWELL *v.* THE STATE.

BROYLES, C. J. 1. Under numerous and repeated rulings of the Supreme Court and of the Court of Appeals, the judgment of the trial court overruling a motion for a new trial, based solely upon alleged newly discovered evidence, will not be reversed, where such evidence is *merely cumulative and impeaching.* This is especially true in extraordinary motions for a new trial, as such motions are not favored by the courts and a stricter rule has been applied to them. *Norman* v. *Goode,* 121 *Ga.* 449 (49 S. E. 268).

2. "The extraordinary motions or cases contemplated by the statute are such as do not ordinarily occur in the transaction of human affairs, as when a man has been convicted of murder and it afterwards appears that the supposed deceased is still alive, or where one is convicted on the testimony of a witness who is subsequently found guilty of perjury in giving that testimony, or where there has been some providential cause, and cases of like character." *Cox* v. *Hillyer,* 65 *Ga.* 57 (2); *Teasley* v. *Pittman,* 40 *Ga. App.* 22 (148 S. E. 600).

3. Applying the foregoing rulings to the facts of the instant case, the trial judge did not err in overruling the extraordinary motion for a new trial, which was based solely upon alleged newly discovered evidence that was merely cumulative and impeaching in its character.

*Judgment affirmed. Hooper, J., concurs. MacIntyre, J., not presiding.*

DECIDED NOVEMBER 17, 1932.

*H. H. Elders,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.